**Order entered April 22, 2019**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-18-00904-CR

**VERA ELIZABETH GUTHRIE-NAIL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-80635-2012**

## ORDER

Before the Court is the State's April 18, 2019 first motion for extension of time to file its

tendered brief. We **GRANT** the motion and **ORDER** the brief filed as of the date of this order.

/s/     DAVID J. SCHENCK
          PRESIDING JUSTICE